UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ELLIOTT McKINLEY MONTGOMERY,

Plaintiff,

v.

INDIANA STATE PRISON, ARAMARK
CORRECTIONAL FOOD SERVICES,
LLC, WAYNE PEEPLES, CENTURION
HEALTH SERVICES OF INDIANA, LLC,
WILLIE RUCKER, ANGELICA SMITH,
TODD MARSH, DEBBIE OSOS,
SHIRLEY RICE, DOUGLAS WARDLOW,
RON NEIL, LORI L. UTESCH, GILL,
JAMES MOSES, E. FAVELA, D.
TEDWARDS, McGOWAN, DAWN
BUSS, HUDSON, CARNEY,
BRADBERRY, KIMBERLY TYLER-SIMS,
GLOBAL TEL LINK CORPORATION, T
PALLINS, JENNIFER SELKE, DEBORAH
TAYLOR, CARL TIBBLES, VINCENT
FABUGAIS, DAVID RUDZIEWICZ, and
JOSHUA WALLEN,

Defendants.

CAUSE NO. 3:26-CV-1093-CCB-SJF

## OPINION AND ORDER

Elliott McKinley Montgomery, a prisoner without a lawyer, filed a fifty-three

page complaint naming thiry-one defendants and raising claims arising from May 18,

2022 to present. He alleges he broke a tooth in 2022 and was denied dental treatment.

He alleges he was denied mental health services in 2024. He alleges he was retaliated

against for filing grievances in 2025. He alleges he is being denied access to the courts.

He alleges he has attempted suicide. He alleges his property has been lost including

legal materials. He alleges funds have been improperly taken from his account. He alleges he was subjected to excessive force and denied medical treatment on June 8, 2025. He alleges he needed medical care for an ear problem in September 2025. He alleges he needed a breathing treatment on October 1, 2025, following a fire at the prison. There are other allegations, but these are more than sufficient to illustrate the unrelatedness problems with this complaint. Claims are not related merely because all the alleged events happened to him at the Indiana State Prison. "A litigant cannot throw all of his grievances, against dozens of different parties, into one stewpot." *Wheeler v. Wexford Health Sources, Inc.*, 689 F.3d 680, 683 (7th Cir. 2012). "[U]nrelated claims against different defendants belong in different suits . . .." *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007). Additionally, "Indiana's two-year statute of limitations . . . is applicable to all causes of action brought in Indiana under 42 U.S.C. § 1983." *Snodderly v. R.U.F.F. Drug Enforcement Task Force*, 239 F.3d 892, 894 (7th Cir. 2001).

When a plaintiff files a complaint with unrelated or mis-joined claims, the court may allow the plaintiff to decide which properly joined and related claims to pursue in the current case and when (or if) to bring the other claims in separate suits. *See Wheeler v. Wexford Health Sources, Inc.*, 689 F.3d 680, 683 (7th Cir. 2012) (District courts may direct a plaintiff "to file separate complaints, each confined to one group of injuries and defendants."). Montgomery needs to decide which related claims to pursue in this case. Once he decides, he must put this cause number on a **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** and write the word "Amended" above the title "Prisoner Complaint on page one. If he includes claims which arose more than two years ago,

2

Montgomery needs to explain why they are not untimely. If he wants to pursue other claims, he must file other, separate lawsuits.

For these reasons, the court:

(1) **STRIKES** the complaint (ECF 1) but it will remain part of the public record; and

(2) **GRANTS** Elliott McKinley Montgomery until **August 28, 2026**, to file an amended complaint with related claims.

SO ORDERED on July 24, 2026.

/s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT

3